# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Joe Hand Promotions, Inc.
                                Plaintiff,

v.                                              Case No.: 1:12−cv−06266
                                                Honorable George W. Lindberg

Tadeusz Kolodzie, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2012:

    MINUTE entry before Honorable George W. Lindberg: Prove−up hearing held. Judgment entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Tadeusz Kolodzie and DK Caf, Inc. in the total amount of $8,374.25. Enter Judgment. Civil case terminated. (For Further Details See Separate Order.) Mailed notice(meg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.